UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M., | Case No. 1:26-cv-05767-KES-FJS (HC) |
| Petitioner, | (A-Number: 222-597-420) |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE PURSUANT TO NOTICE OF |
| WARDEN, *et al.*, | VOLUNTARY DISMISSAL |
| Respondents. | (ECF No. 7) |

Petitioner Manuel M. ("Petitioner") is a federal immigration detainee proceeding *pro se* and seeking a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

On August 13, 2026, Petitioner filed a motion to dismiss the petition, which the court construes as a notice of voluntary dismissal. (ECF No. 7.) Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules."

In this case, Respondents have not yet filed an answer or other responsive pleading. Therefore, under Rule 41(a)(1), the petition must be dismissed without prejudice.

Accordingly, the Clerk of Court is HEREBY DIRECTED to terminate any outstanding motions and close the case pursuant to Petitioner's notice of voluntary dismissal, (ECF No. 7).

IT IS SO ORDERED.

Dated:   **August 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE